1 | Jennie Valencia
2 | Reg. No. 17361-424
3 | Federal Prison Camp Victorville
    P.O. Box 5100
4 | Adelanto CA 92301
5 | IN PRO SE

FILED
JUL 23 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

pro-se
pro se

UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA, | Case No. C07 3399 RMW |
| Plaintiff, | (PR) |
| vs. | NOTICE OF CHANGE OF ADDRESS |
| Jennie Valencia | |

2
LM.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately the new address of Jennie Valencia is:

Federal Prison Camp Victorville
P.O. Box 5100
Adelanto, CA 92301

DATED: July 18, 2007

Respectfully submitted,

[signature]

NOTICE OF CHANGE OF ADDRESS

July 18, 2007

To the Clerk at U.S. District Court,

I submited a 2241 that was filed on June 28 case number C07 3399 RMW (PR). At the time I was at Dublin Camp facility. I was transferd to Victorville. Please note and forward any documents to the new address.

Thank you.

[signature]

NAME **JeNNie VaLeNCia**
REG # **17361-424**
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5100
ADELANTO CA 92301

SAN BERNARDINO CA 924
19 JUL 2007 PM 3 L

The Clerk of the Court of
Northern District.
P.O. Box 36060
San Francisco, CA 94102

94102/9999