JENNIE VALENCIA # 17361-424
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5100
ADELANTO, CA. 92301

**FILED**

AUG 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     RESPONDENT ) | |
| ) | CRIMINAL CASE # 04 CR 915-17 |
| ) | CIVIL CASE # C 07-3399 RMW |
| V. ) | STATUS ON A MOTION PETITION |
| ) | FOR WRIT OF HABEAS CORPUS UNDER |
| JENNIE VALENCIA ) | 28 U.S.C. 2241 |
|     PETITIONER ) | |

   **COMES NOW PETITIONER JENNIE VALENCIA PRO SE,** requesting this Honorable Court to please provide status on a motion for writ of habeas corpus under 28 U.S.C § 2241 that was submitted to this Honorable Court on or around June 28, 2007 this motion was file and up to this date Petitioner is not aware if this motion was respond from this Honorable Court do to the fact that petitioner Valencia was re located at FCC in the City of Victorville and petitioner pray that this Honorable Court please provide information in reference to her motion.

   Petitioner Valencia submitted a 28 U.S.C. § 2241 do to the fact that the (BOP) only want's to Grant petitioner a (six) weeks half way house

And petitioner Valencia pray this Honorable Court to please Grant petitioner the (6) months half way house .

Respecfully Submitted on this 10 day of August, 2007

                         Jennie Valencia # 17361-424
                         Federal Correctional Institution
                         P.O. Box 5100
                         Adelanto, Ca. 92301

## CERTIFICATE OF SERVICES

This is to certified that I Jennie Valencia Pro Se deposit this Status on a Motion on a Federal Correctional Institution Mail box in the city of Adelanto, Ca. 92301

                         Jennie Valencia # 17361-424
                         Federal Correctional Institution
                         P.O. Box 5100
                         Adelanto, Ca. 92301

NAME **JENNIE VALENCIA**
REG # **17361-424**
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5100
ADELANTO CA 92301

SAN BERNARDINO CA 924
13 AUG 2007 PM 2 L

OFFICE OF THE CLERK , U.S. DISTRICT
COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

94102+3661