IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE VALENCIA, | No. C 07-3399 RMW (PR) |
| Petitioner, | ORDER OF TRANSFER |
| vs. | |
| SCHELIA A. CLARK, et al., | |
| Respondents. | |

Petitioner, a federal prisoner incarcerated at the Federal Prison Camp in Adelanto, California, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the execution of her federal sentence.

"Venue considerations may, and frequently will, argue in favor of adjudication of the habeas claim in the jurisdiction where the habeas petitioner is confined." Chatman-Bey v. Thornburgh, 864 F.2d 804, at 813 (D.C. Cir. 1988). Federal courts generally take the position that the district of confinement "is normally the forum most convenient to the parties" for habeas petitions challenging the execution of a federal sentence under 28 U.S.C. § 2241, McCoy, 537 F.2d at 966, and therefore exercise discretion in transferring such petitions to the district of confinement "in the interests of justice" pursuant 28 U.S.C. § 1404(a). See id.; see also Dunne v. Henman, 875 F.2d 244, 249-50 (9th Cir. 1989) (suggesting that even where district court has personal jurisdiction over custodian,

1 preferred forum is district where petitioner is confined); <u>Chatman-Bey</u>, 864 F.2d at 814
2 (finding transfer to the district of confinement on convenient forum grounds preferable).
3   Because petitioner challenges the execution of her federal sentence under 28
4 U.S.C. § 2241, and the district of her confinement is the Central District of California,
5 venue is preferable in the Central District. <u>See</u> 28 U.S.C. § 1404(a). Accordingly, this
6 case is TRANSFERRED to the United States District Court for the Central District of
7 California. The clerk shall terminate any pending motions and transfer the entire file to
8 the Central District of California.
9   IT IS SO ORDERED.
10 DATED: 2/22/08

*Ronald M. Whyte*
RONALD M. WHYTE
11 United States District Judge

1  This is to certify that on ___2/25/08_____, a copy of this ruling was mailed to the following:

2

3

4  Jennie Valencia
   17361-424
   Federal Prison Camp Victorville
5  P.O. Box 5100
   Adelanto, CA  92301

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.rmw\hc.07\Sonora769trans           3