UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

**FILED**
2008 MAR 21 P 3: 22
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Richard W. Wieking
Clerk

General Court Number
408.535.5364

March 4, 2008

Clerk's Office, U.S. District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

RE: CV 07-03399 RMW   JENNIE VALENCIA-v-SCHELIA A. CLARK

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☒ Original case file documents.

☐ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

DIANE MIYASHIRO
by: Diane Miyashiro
Case Systems Administrator

Enclosures
Copies to counsel of record

CV08-01699 VBF (VBK)